**Order filed May 8, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00570-CV

_____

## IN THE MATTER OF R.A., Appellant

**On Appeal from the County Court at Law No. 3**
**Fort Bend County, Texas**
**Trial Court Cause No. 07-CJV-013620**

## O R D E R

Our review has determined that a relevant item has been omitted from the record in this appeal. *See* Tex. R. App. P. 34.5(c). The record does not contain the Dr. Karen Gollaher's expert report, which was filed with the trial court under seal on January 23, 2013, and admitted into evidence at the hearing held March 5, 2013, as Petitioner's Exhibit 2. All original exhibits are to be maintained by the trial court clerk. *See* Tex. R. App. P. 34.6(g). Therefore, we issue the following order:

The Fort Bend County Clerk is directed to file a supplemental clerk's record under seal with the clerk of this court on or before **May 23, 2014**, containing the

by Dr. Karen Gollaher's expert report, which was filed with the trial court under seal on January 23, 2013, and admitted into evidence as Petitioner's Exhibit 2 at the hearing held March 5, 2013.


PER CURIAM